**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| OLIVISTAR, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:14-cv-338-JRG |
| AMERICAN TRAFFIC SOLUTIONS, INC. | § § | LEAD CASE |
| *Defendant.* | § § | |

## ORDER

Having considered the Stipulation of Dismissal under Fed. R. Civ. P. 41(a) filed by Plaintiff Olivistar LLC, the court hereby **ORDERS** that, Case No. 2:14-CV-395, captioned *Olivistar, LLC v. CPI Security Systems, Inc.*, is dismissed in its entirety, with prejudice and without costs to any party. It is futher **ORDERED** that Defendant CPI Security Systems Inc.'s Motion to Dismiss (Dkt. No. 9) is withdrawn.

**So ORDERED and SIGNED this 20th day of August, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE